UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POPPEN, | No. 2:15-cv-2418 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JALAL SALTANIAN-ZEDEH, IV, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On December 11, 2015, plaintiff consented to the dismissal of defendant Dr. Smith without prejudice. (ECF No. 9.)

Accordingly, IT IS HEREBY ORDERED that defendant Dr. Smith is dismissed from this action without prejudice.

Dated: January 7, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

popp2418.dsm