UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POPPEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JALAL SALTANIAN-ZEDEH, IV, et al.,<br><br>    Defendants. | No.  2:15-cv-2418 KJN P<br><br><br><br>ORDER |

On June 10, 2016, plaintiff filed a request to enter default judgment.  Although on March 17, 2016, the court ordered the U.S. Marshal to serve defendants, executed summonses have not yet been filed by the U.S. Marshal.  Thus, the court cannot determine that defendants have been served.  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for entry of default (ECF No. 22) is denied.

Dated:  June 21, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/popp2418.77c

1